Amanda WARNER,[1] Respondent Below, Appellant,

v.

DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH AND THEIR FAMILIES (DSCYF), Petitioner Below, Appellee.

No. 154, 2016

Supreme Court of Delaware.

Submitted: August 24, 2016

Decided: October 25, 2016

Court Below—Family Court of the State of Delaware in and for New Castle County,

1. By Order dated March 28, 2016, the Court assigned a pseudonym to the appellant. Del. Supr. Ct. R. 7(d).

File No. CN15-04-12TN, Pet. No. CN13-03235

AFFIRMED.